THE CITY OF ST. LOUIS, *Appellant*, v. THE ST. LOUIS GAS LIGHT COMPANY.

Injunction : COSTS. Where one is enjoined from prosecuting his business, dispossessed of his property; and a receiver appointed to take charge, at the plaintiff's instance, the compensation for the receiver's services is taxable as costs against the plaintiff, the losing party. *

*Appeal from St. Louis Court of Appeals.*

AFFIRMED.

*Leverett Bell* for appellant.

*Glover & Shepley* and *Noble & Orrick* for respondent.

RAY, J.—This is a question as to the taxation of certain costs, arising in the circuit court of the city of

---

* This syllabus is taken from 11 Mo. App. 237.

St. Louis, and from there appealed to the St. Louis court of appeals where the judgment of the circuit court was affirmed. The facts of the case, how it arose and what that question is, all sufficiently appear in the opinion of the court of appeals reported in 11 Missouri Appeal Reports, 237. We have examined that opinion, and, believing that the court of appeals reached the right conclusions upon the right grounds, its judgment is, therefore, affirmed. All concur, except Sherwood, J., not sitting.